IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE DASHER,

    Plaintiff,                        No. CIV S-08-3021 DAD P

    vs.

MICHAEL MARTEL, et al.,         ORDER

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff contends that he was unjustly found guilty of a rules violation and assessed 150 days loss of good time credits. As relief, plaintiff seeks "restoration" of the good time credits.

        When a prisoner challenges the fact or duration of his custody and a determination of his action may result in plaintiff's entitlement to an earlier release, his sole federal remedy is a writ of habeas corpus. See Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990). The restoration of good time credits would result in plaintiff's earlier release. Therefore, the court will direct the Clerk of the Court to provide plaintiff with a form petition so that he may proceed with a habeas action.

/////

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1. The Clerk of the Court is directed to provide plaintiff with the court's form petition for a writ of habeas corpus by a state prisoner; and

3           2. Petitioner is granted thirty days from the date of service of this order to file his petition for a writ of habeas corpus that complies with the requirements of the Federal Rules of Civil Procedure; the petition must bear the docket number assigned this case; petitioner's failure to file a habeas petition in accordance with this order will result in the dismissal of this action.

DATED: January 5, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
dash3021.9

2